AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 25-mj-24 |
| PEDRO ROBERTO QUINATOA-CASTRO, | ) |
| | ) |
| Defendant. | ) |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 3 0 2025
AT____ O'CLOCK____
John M. Domurad, Clerk - Albany

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of January 26, 2025, in the county of Albany in the Northern District of New York, the defendant violated:

*Code Section*
8 U.S.C. § 1326(a)

*Offense Description*
Pedro Roberto QUINATOA-CASTRO, an alien, native and citizen of Ecuador, being an alien who has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding, entered and was thereafter found in the United States without the Attorney General of the United States, or his successor, the Secretary of Homeland Security, having expressly consented to his reapplication for admission to the United States.

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*
Youstina Aziz, U.S. Homeland Security Investigations
*Printed name and title*

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: 1/30/25

_____
*Judge's signature*
Daniel J. Stewart, U.S. Magistrate Judge
*Printed name and title*

City and State: Albany, New York

*Continuation Sheet, United States v. Pedro ROBERTO QUINATOA CASTRO*

On January 27, 2025, at approximately 0600 hours, U.S. Immigration and Customs Enforcement and Removal Operations (ERO) and Homeland Security Investigations (HSI) from Albany, NY conducted a targeted enforcement operation for Individual-1 at his place of residence, located on Quail Street in Albany, NY ("residence"). Individual-1 had a final order of removal by a United States immigration judge. At approximately 0728 hours, Supervisory Deportation and Detention Officer (SDDO) J. Hill observed Individual-1 exit the residence with another individual and enter a white commercial van ("vehicle") and begin to travel northbound. A traffic stop of the white van was conducted at approximately 0745 hours at the intersection of Central and Elmhurst Avenues. Upon approaching the vehicle, Deportation Officer (DO) R. Duesler and your affiant identified the vehicle's passenger as Individual-1. Individual-1 was taken into custody pursuant to the final order of removal. The driver presented a New York State driver's license in the name of Pedro Roberto QUINATOA-CASTRO. QUINATOA-CASTRO refused to answer questions regarding his immigration status, other than to say he was a native of "Ecuador." Both subjects were taken to the Department of Homeland Security (DHS) Office in Malta, NY.

Upon arrival, additional biographical information and fingerprints were entered into DHS databases for QUINATOA-CASTRO. Record checks revealed that QUINATOA-CASTRO is a citizen and national of Ecuador that was encountered by United States Border Patrol after he illegally entered the United States at Presidio, Texas on or about February 6, 2017. During processing by Border Patrol, QUINATOA-CASTRO freely admitted that on February 6, 2017, at approximately 1900 hours, he illegally entered the United States by wading across the Rio Grande River approximately 45 miles west of the Presidio, Texas Port of Entry.

By Order dated March 16, 2017, QUINATOA-CASTRO was ordered removed from the United States by an immigration judge in El Paso, Texas. On or about April 28, 2017, QUINATOA-CASTRO was removed from the United States. At some point subsequent to that date, QUINATOA-CASTRO reentered the United States and was found in the Northern District of New York on or about January 26, 2025.

Additional DHS record checks indicate QUINATOA-CASTRO did not apply for or receive express permission of the Secretary of Homeland Security or the Attorney General of the United States to re-enter the United States after his 2017 removal. Accordingly, it appears QUINATOA-CASTRO has no valid immigration status in the United States and is illegally present.

WHEREFORE, it is respectfully submitted that probable cause exists to believe that QUINATOA-CASTRO did commit the offense of re-entry after deportation or removal, in violation of Title 8, United States Code, Section 1326(a), in that QUINATOA-CASTRO, citizen and native of Ecuador, having been previously ordered removed from the United States, and having been physically removed from the United States, was thereafter found present in the United States in the Northern District of New York, without prior authorization or approval from the Secretary of the Department of Homeland Security or the Attorney General of the United States.